IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA - DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 22 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Alfred Lee Stone ET. AL.      Cause No.
PETITIONER,
         v                    James V. Allred Unit
Brian Kemp ET. AL.            Place of Confinement
DEFENDANT,                    1:22-CV-3389

PETITION FOR WRIT OF HABEAS-CORPUS
in Pursuance to 28 USC § 2254 THE PETITIONER Files this PETITION TO ENFORCE THE DEFENDANT TO CORRECT THE CONDITIONS OF MY CONFINEMENT WITHIN ANOTHER JURISDICTION OR INVESTIGATE THE Claim TO DETERMINE WHETHER THE VIOLATION IS A CONSTITUTIONAL-RIGHT.

CC: THE GEORGIA ATTORNEY GENERAL
40-CAPITOL-SQUARE S.W.
ATLANTA GEORGIA 30334

(1)

# List of Parties

Alfred Lee Stone Only-SE
Petitioner.,
2101 FM 369 N.
Iowa Park Texas 76367

Hattie Byrd, Eddie Byrd, Maxine Byrd, and Marilyn Byrd. Tax-Payers.
679 Tarkington Rd. N. Stone Mountain Georgia 30088,

Luvinia Butler. Tax-Payer 1023 N. Hairston Rd. Bldg. I Apt. #2,

Donnell Porter. Tax-Payer 596 Tarragon Court S.W. Atlanta Georgia 30351.

Leola Byrd Redmond. Tax-Payer 1438 Saint Dunstans Rd. Lithonia Georgia 30058.

Debra Byrd Jackson. Tax-Payer, 1155 Wheat Street Madison Georgia 30650.

       Tax-Payer, Petitioner.,

2.

BRIAN KEMP
GOVERNOR OF GEORGIA
206 WASHINGTON ST.
SUITE 203 STATE CAPITOL
ATLANTA GEORGIA 30334
DEFENDANT,

    AND

GEORGIA ATTORNEY GENERAL
40 CAPITOL SQUARE S.W.
ATLANTA GEORGIA 30334
ATTORNEY FOR THE DEFENDANTS.

JIMMY S. SMITH
WARDEN
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK TEXAS 76367
RESPONDANT,

(3)

# TABLE OF CONTENTS

|  | PAGES |
|---|---|
| 1. List of Parties | 2-3 |
| 2. Table of Contents | 4 |
| 3. Index of Authorities | 5 |
| 4. Statement of the Case | 6 |
| 5. Statement of Jurisdiction | 7 |
| 6. Issues Presented | 8 |
| 7. Statement of the Fact | 9 |
| 8. Summary of the Argument | 10 |
| 9. Argument | 11-12 |
| 10. Prayer | 13 |
| 11. Certificate of Service | 14 |
| 12. Appendix | 15 |
| 13. (A) |  |

4.

# Index Of Authorities

Pages

(5)

## STATEMENT OF THE CASE

On 10/10/91 the petitioner Alfred Lee Stone a Texas Pro-Se Prisoner was sentence to serve a 70 years sentence in the 283rd Dist. Court of Dallas County Texas in Cause No. F-91-42452 nt for burglary of a building a State Jail Felony. Stone was paroled on 7/7/21. From this conviction.

Stone is now serving a 20 year cumulative second-sentence from the 47th District Courts in Potter County Texas in Cause No. A-31-986 for Aggravated-Assault on a Correctional-Official on 3/31/94.

6.

STATEMENT OF Jurisdiction

THIS CLAIM HAS SUBJECT MATTER JURISD-
ICTION IN PURSUANCE TO 3364.

# Issues Presented

1. Cruel And unusual Punishment.

# Argument

## Ground-One

On or about the ___1_.93 while serving time on the Alfred D. Hughes Unit a Texas prison I was called for a medical-sick-call appointment. I was seen by R.N. Carolyn Canterbury Younty for constipation she gave me what appeared to be tiny dark brown oval-shape laxative's with water and sent me back to my cell. There after one of the laxatives came up from my stomach and entered into my throat-area and continued-up ward to my mouth, but instead of comming out into my mouth the laxative some how flipped over and entered into my wind-pipe. Area moving up and down my throat and since that time the pill has acted like an Electronic-Device. It appears to hold heat. And under X-Rays two geometric small figures can be seen

11.

inside THE pill. A small square and triangle. I didnt give THE TEXAS prison system or any one else my consent to implant me with this electronic medicial-device and that the act did deprive me of my life and liberty-rights with out due process for the very purpose of causing maliciously and sadistically wanton and inflection of pain that was unnecessary.

## Prayer

The Petitioner prays that this Court will hold an evidentiary-hearing to help determine and develope the facts supporting the issues presented.

# CERTIFICATE OF SERVICE

I Alfred lee Stone MOVANT CERTIFY THAT A TRUE COPY OF THE PETITION FOR WRIT OF HABEAS CORPUS HAS been US Mailed TO: U.S. DISTRICT COURT CLERK 75 TED TURNER DR. N.W. #2211 RicHard B. Russell Federal Building ATlANTA GA. 34343 ON THIS THE 8/17/22.

Appendix